# United States District Court
## Southern District of Georgia

Irene A. Rountree

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV607-014

Washington National Insurance Company

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order dated 5/21/07, Judgment is entered granting Defendant's motion to dismiss. Judgment of dismissal is hereby entered dismissing this action with prejudice.

| 5/21/07 | Scott L. Poff |
|---|---|
| Date | Clerk |

*Erika Bacon*
(By) Deputy Clerk